## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

JOE HAND PROMOTIONS, INC.,

**Plaintiff,**

    **v.**              **Civil No. 09-244-AA**

HEATHER J. DEWOLF, et al,

**Defendants.**

_____

# ORDER

On October 1, 2009, plaintiff was ordered to show cause in writing by October 16, 2009,

why this action should not be dismissed for failure to serve the defendants.  Plaintiff was advised

that a failure to respond to the court's order would result in the dismissal of this action for failure

to prosecute.  To date, nothing has been filed by plaintiff.

Therefore, this action is dismissed for plaintiff's failure to prosecute.

Dated: October  _25_ , 2009.

**_____s/ Ann Aiken_____**
**United States District Judge**

ORDER - PAGE 1